UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Criminal No. 09- 555 (JAG) |
| | : | |
| BARRY E. GOLDMAN, | : | 18 U.S.C. §§ 1461; 1467 |
| dba TORTURE PORTAL, | : | |
| MASTERS OF PAIN, and | : | |
| BACCHUS STUDIOS | : | |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

### COUNT ONE
(18 U.S.C. § 1461)

1. On or about July 29, 2006, at or near Hudson County, in the District of New Jersey, and elsewhere, the defendant,

BARRY E. GOLDMAN,
dba TORTURE PORTAL,
MASTERS OF PAIN,
and BACCHUS STUDIOS

did knowingly use the United States mails for the mailing, carriage in the mails and delivery of non-mailable obscene matter, to-wit: a DVD-movie identified as *Torture of a Porn Store Girl*, in violation of Title 18, United States Code, Section 1461.

## COUNT TWO
(18 U.S.C. § 1461)

2. On or about July 29, 2006, at or near Hudson County, in the District of New Jersey, and elsewhere, the defendant,

> BARRY E. GOLDMAN,
> dba TORTURE PORTAL,
> MASTERS OF PAIN,
> and BACCHUS STUDIOS,

did knowingly use the United States mails for the mailing, carriage in the mails and delivery of non-mailable obscene matter, to-wit: a DVD-movie identified as *Defiant Crista Submits*, in violation of Title 18, United States Code, Section 1461.

## **COUNT THREE**
(18 U.S.C. § 1461)

3. On or about September 17, 2007, at or near Hudson County, in the District of New Jersey, and elsewhere, the defendant,

> BARRY E. GOLDMAN,
> dba TORTURE PORTAL,
> MASTERS OF PAIN,
> and BACCHUS STUDIOS,

did knowingly use the United States mails for the mailing, carriage in the mails and delivery of non-mailable obscene matter, to-wit: a DVD-movie identified as *Torture of a Porn Store Girl*, in violation of Title 18, United States Code, Section 1461.

## **COUNT FOUR**
(18 U.S.C. § 1461)

4. On or about September 17, 2007, at or near Hudson County, in the District of New Jersey, and elsewhere, the defendant,

> BARRY E. GOLDMAN,
> dba TORTURE PORTAL,
> MASTERS OF PAIN,
> and BACCHUS STUDIOS,

did knowingly use the United States mails for the mailing, carriage in the mails and delivery of non-mailable obscene matter, to-wit: a DVD-movie identified as *Defiant Crista Submits*, in violation of Title 18, United States Code, Section 1461.

## COUNT FIVE
(18 U.S.C. § 1461)

5. On or about September 17, 2007, at or near Hudson County, in the District of New Jersey, and elsewhere, the defendant,

>BARRY E. GOLDMAN,
>dba TORTURE PORTAL,
>MASTERS OF PAIN,
>and BACCHUS STUDIOS,

did knowingly use the United States mails for the mailing, carriage in the mails and delivery of non-mailable obscene matter, to-wit: a DVD-movie identified as *Pregnant & Willing*, in violation of Title 18, United States Code, Section 1461.

## COUNT SIX
(18 U.S.C. § 1461)

6. On or about April 3, 2008, at or near Hudson County, in the District of New Jersey, and elsewhere, the defendant,

> BARRY E. GOLDMAN,
> dba TORTURE PORTAL,
> MASTERS OF PAIN,
> and BACCHUS STUDIOS,

did knowingly use the United States mails for the mailing, carriage in the mails and delivery of non-mailable obscene matter, to-wit: a DVD-movie identified as *Torture of a Porn Store Girl*, in violation of Title 18, United States Code, Section 1461.

## **COUNT SEVEN**
(18 U.S.C. § 1461)

7. On or about April 3, 2008, at or near Hudson County, in the District of New Jersey, and elsewhere, the defendant,

> BARRY E. GOLDMAN,
> dba TORTURE PORTAL,
> MASTERS OF PAIN,
> BACCHUS STUDIOS,

did knowingly use the United States mails for the mailing, carriage in the mails and delivery of non-mailable obscene matter, to-wit: a DVD-movie identified as *Pregnant and Willing*, in violation of Title 18, United States Code, Section 1461.

## **COUNT EIGHT**
(18 U.S.C. § 1461)

8. On or about April 3, 2008, at or near Hudson County, in the District of New Jersey, and elsewhere, the defendant,

> BARRY E. GOLDMAN,
> dba TORTURE PORTAL,
> MASTERS OF PAIN,
> and BACCHUS STUDIOS,

did knowingly use the United States mails for the mailing, carriage in the mails and delivery of non-mailable obscene matter, to-wit: a DVD-movie identified as *Defiant Crista Submits*, in violation of Title 18, United States Code, Section 1461.

## FORFEITURE ALLEGATION

9. The allegations of Counts One through Eight of this Indictment are re-alleged and incorporated by reference as if fully restated here for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 1467.

10. As a result of the violations of Title 18, United States Code, Section 1461, defendant

> BARRY E. GOLDMAN,
> dba TORTURE PORTAL,
> MASTERS OF PAIN,
> and BACCHUS STUDIOS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1467, all obscene material produced, transported, mailed, shipped and received, and all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense(s), and all property, real or personal, used or intended to be used to commit or to promote the commission of such offenses.

11. The property to be forfeited includes, but is not limited to, the following:

   a. All copies of *"Torture of a Porn Store Girl," "Pregnant and Willing,"* and *"Defiant Crista Submits"*,

   b. Gross profits from the sale of obscene material, to wit: *"Torture of a Porn Store Girl," "Pregnant and Willing,"* and *"Defiant Crista Submits"*,

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses listed in Counts One through Eight of the Indictment, including, but not limited to, ownership and rights to the following domain names, websites and e-mail account: www.tortureportal.com, www.mastersofpain.com, and SirBNY@aol.com.

12. To the extent that the property described above as being subject to forfeiture pursuant to Title 18, United States Code, Section 1467, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred to, sold to, or deposited with a third person;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be subdivided without difficulty, the United States shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), incorporated by Title 18, United States Code, Section 1467(b) and Title 28, United States Code, Section 2461(c).

All pursuant to 18 United States Code, Section 1467 and 28 United States Code,

Section 2461(c).

A TRUE BILL

_____
BRENT D. WARD
Director, Obscenity Prosecution Task Force
U.S. Department of Justice


_____
BONNIE HANNAN
Trial Attorney, Obscenity Prosecution Task Force
U.S. Department of Justice

CASE NUMBER: 09-555 (JAG)

**United States District Court
District of New Jersey**

UNITED STATES OF AMERICA

v.

BARRY E. GOLDMAN,
dba TORTURE PORTAL,
MASTERS OF PAIN, and
BACCHUS STUDIOS

**INDICTMENT FOR**

18 U.S.C. § 1461
18 U.S.C. §1467

A True Bill,

_____
Foreperson

**BRENT WARD**
*Director, Obscenity Prosecution Task Force
U.S. Department of Justice*

BONNIE HANNAN
*TRIAL ATTORNEY*
202-353-8855
U.S. Department of Justice

USA-48AD 8

(Ed. 1/97)