# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

## Minutes of Proceedings

Judge **Joseph A. Greenaway, Jr.**                   **AUGUST 18, 2009**
                                                     Date of Proceedings

Court Reporter **Tom Brazaitis**

Deputy Clerk **Philip Selecky**

**Title of Case:**                                   Docket # **Cr. 09-555-01**

U.S.A. v. Barry E. Goldman

Appearance:
Bonnie Hannan, AUSA, for the govt.
Lisa Mack, Esq, for the deft.

**Nature of Proceedings:** ARRAIGNMENT
Defendant sworn.
ORDERED FPD, Lisa Mack appointed to represent the defendant.
Plea of NOT GUILTY to the Indictment is entered by the defendant.
Motions to be filed by 9-14-09.
Opposition to be filed by 9-28-09.
Hearing on motions is set for 10-19-09 at 12:00 p.m.
TRIAL DATE SET FOR 10-27-09 at 9:30 a.m.
Order for Discovery and Inspection filed.
Bail set as follows. $25,000.00 PR bond with the following conditions.
1) Pretrial Services supervision.
2) Not to apply for travel documents.
3) Travel restricted to N.J. & Florida.
4) Substance abuse testing and treatment.
5) Refrain from the use of alcohol.
Appearance bond signed.

Time Commenced: 12:10 p.m.
Time Adjourned: 12:20 p.m.

                                            **Philip Selecky, Deputy Clerk**