UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 09-CR-555** |
| | : | |
| v. | : | |
| | : | |
| **BARRY E. GOLDMAN,** | : | |
| *dba Torture Portal,* | : | |
| *dba Masters of Pain,* | : | |
| *dba Bacchus Studios* | : | |
| **Defendant.** | : | |
| | : | |
| _____ | : | |

## O R D E R

Upon consideration of the Government's Motion in Limine to Exclude References to Prior case Filed against Barry Goldman in Montana, it is **HEREBY**:

**ORDERED** that the Government's Motion is _____;

_____                           _____
DATE                                JUDGE JOSEPH A. GREENAWAY, JR.