UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 09-CR-555-DMC |
| | : | |
| v. | : | |
| | : | |
| BARRY E. GOLDMAN, | : | |
| *dba Torture Portal,* | : | |
| *dba Masters of Pain,* | : | |
| *dba Bacchus Studios* | : | |
| Defendant. | : | |

**GOVERNMENT'S MOTION TO CONTINUE PLEA AND SENTENCING DATE**

The United States, by and through its attorney, Bonnie Hannan, Trial Attorney, United States Department of Justice, Criminal Division, respectfully requests that the plea and sentencing date in the above-referenced matter be continued.  Government counsel will be traveling for the Thanksgiving holiday and will be unavailable on November 29, 2010, the date currently set for plea and sentencing. The Government respectfully requests that this matter be re-set for any other day later in the week. Undersigned Government counsel has spoken with Assistant Federal Public Defender, Lisa Mack, who advised she has no objection to this request.

Wherefore, the Government hereby respectfully requests a short continuance of the plea and sentencing date.

Respectfully submitted,

_____/s/_____
Bonnie Hannan
Trial Attorney
U.S. Department of Justice
1301 New York Ave., NW, Suite 500
Washington, DC 20530
Phone: (202) 353-8855
Fax: (202) 307-2217
E-mail: Bonnie.Hannan@usdoj.gov