UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                              DATE: 28 February 2011

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan

Title of Case:                                      Docket # 9cr555-1

U.S.A.  v.  Barry Goldman

Appearances:

AUSA      Bonnie Hannon
AFPD      Lisa Mack
Prob.     Renee Caggia


Nature of proceedings:
                              Plea:
deft. Affirmed
Plea Guilty to Ct. 1
Rule 11 filed
PA filed
Stipulated sentence
                           SENTENCING
Ct. 1    3 yrs. Probation
Standard w/special conditions: Drug provision
1. Location monitoring 6 months
2. Self-Employment/Business Disclosure
3. Fine waived
4. S.A. $100.00
Deft. Advised of right to appeal


Time Commenced 11:30
Time Adjourned 12:30


cc: chambers                                        Scott P. Creegan
                                                    Deputy Clerk